# Court of Appeals
# of the State of Georgia

ATLANTA, June 04, 2015

*The Court of Appeals hereby passes the following order:*

## A15A1267. NATHAN PENDERGRASS v. THE STATE.
## A15A1268. NATHAN PENDERGRASS v. THE STATE.

This appeal was docketed on March 5, 2015, such that Pendergrass's brief was due on March 25, 2015. On April 30, 2015, this Court ordered Pendergrass to file his enumeration of errors and brief in the above styled cases no later than May 15, 2015. However, as of the date of this order, appellant has neither filed a brief nor moved for extension of time.  We therefore DISMISS Pendergrass's appeal for failure to file a brief. Rule 23 (a) (appellant's failure to file within 20 days of docketing, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal"); see also *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995); *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).

We also instruct Pendergrass as follows: Your appeal has been DISMISSED because you failed to file a brief and enumeration of errors. If you have decided you do not want to appeal, you need not do anything more. However, if you have decided you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL -- but YOU MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is granted, the trial court should appoint an attorney for you if you want one and cannot pay for one. If your motion for an out-of-time appeal is denied, you may appeal that denial to this Court within thirty (30) days of the trial court's decision.  See *Reese*, 216 Ga. App. at 775.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 06/04/2015
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*